**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

ClearOne, Inc.
       Plaintiff,

v.               Case No.: 1:19−cv−02421
              Honorable Edmond E. Chang

Shure Incorporated
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 26, 2022:

  MINUTE entry before the Honorable Edmond E. Chang: The parties' joint motion to stay to engage in settlement negotiations (and to thus prevent its potential derailment with the issuance of an opinion on the pending motions) [212] is granted. The stay is in effect until 11/22/2022. For now, the pending motions [146], [166] are terminated without prejudice and the motions will be reinstated immediately if settlement negotiations are unsuccessful. The tracking status hearing of 10/14/2022 is reset to 11/18/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a status report on the settlement discussions by 11/10/2022. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.